FILED
2020 JAN 14 AM 11:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>SONIA GRETHELL DE HOYOS OZUNA,<br>NANCY ROSALES-SOTO, and<br>DAVID ROSALES-SOTO,<br><br>             Defendants. | CR No. 20CR00024-TJH<br><br><u>I N D I C T M E N T</u><br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii): Possession With<br>Intent to Distribute<br>Methamphetamine] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. §§ 2(a), (b)]

[ALL DEFENDANTS]

On or about December 12, 2019, in Los Angeles County, within the Central District of California, defendants SONIA GRETHELL DE HOYOS OZUNA, NANCY ROSALES-SOTO, and DAVID ROSALES-SOTO, each aiding and abetting the others, knowingly and intentionally possessed, and willfully caused to be possessed, with the intent to distribute at

least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief
General Crimes Section

KEVIN J. BUTLER
Assistant United States Attorney
General Crimes Section

2